JUDGE CROTTY

13 CIV 7742

Arlana S. Cohen (asc@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

HANKY PANKY LTD.,

               Plaintiff,

    -against-

LIMITED BRANDS, INC.; VICTORIA'S SECRET
STORES BRAND MANAGEMENT, INC.; JOHN
DOES, JANE DOES and ABC CORPS,

               Defendants.

-------------------------------------------------------------- x

**COMPLAINT**

ECF Case

RECEIVED
OCT 31 2013
U.S.D.C. S.D. N.Y.
CASHIERS

     Plaintiff Hanky Panky Ltd. by and through its undersigned attorneys, for its complaint

hereby alleges as follows:

## JURISDICTION AND VENUE

    1.     This Court has personal jurisdiction over the Defendants in that the Defendants

reside and/or do business and/or transact business in the State of New York and in this District or

can be found in this District.

    2.     Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) and 1391(c) in that

Defendants reside or transact business and/or do business within this district and/or in the State

of New York.

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 15 U.S.C. § 1121 with respect to the claims arising under the Lanham Act, and supplemental jurisdiction pursuant to 28 U.S.C. §§ 1338(b) and 1367(a) with respect to the claims arising under New York law.

<u>**NATURE OF THE ACTION**</u>

4.     This is a civil action for trademark infringement and false designation of origin under the Trademark Act of 1946, 15 U.S.C. § 1051 *et seq.*, as amended (the "Lanham Act"), and common law unfair competition.

<u>**PARTIES**</u>

5.     Plaintiff Hanky Panky Ltd. ("Hanky Panky") is a corporation organized and existing under the laws of the State of New York with its principal place of business at 373 Park Avenue South, New York, New York  10016.

6.     Upon information and belief, Defendant Limited Brands, Inc., also known as L Brands, Inc., ("Limited") is a corporation organized under the laws of the State of Delaware, with a principal place of business at Three Limited Place, Columbus, Ohio, 43230, and does and/or transacts business in this District.

7.     Upon information and belief, Defendant Victoria's Secret Stores Brand Management, Inc. ("VS") is a corporation organized under the laws of the State of Delaware, owned and operated by Defendant Limited, with a principal place of business at Four Limited Parkway East, Reynoldsburg, Ohio, 43068, and does and/or transacts business in this District and, is involved in and participates in the selection, adoption and use of the trademarks of Defendant Limited.

8.     Upon information and belief, Defendants John Does 1-10 ("John Does") are individuals who reside or do or transact business in this District, and have engaged and

2

participated, directly or contributorily, in the unlawful acts set forth herein. The true identities of John Does are not presently known to Plaintiff. Plaintiff will amend its complaint upon discovery of the identities of such Defendants.

9.      Upon information and belief, Defendants ABC Corps ("ABC Corps") are businesses that reside or do or transact business in this District, and have engaged and participated, directly or contributorily, in the unlawful acts set forth herein. The true identities of ABC Corps are not presently known to Plaintiff. Plaintiff will amend its complaint upon discovery of the identities of such Defendants. (Limited, VS, John Does and ABC Corps are sometimes referred to collectively herein as "Defendants").

## FACTUAL BACKGROUND

10.      Plaintiff is a privately held business which has operated for over 35 years using corporate name and trade name "Hanky Panky." Since its formation, Hanky Panky has been among the most highly respected companies in the United States, engaged primarily in the business of manufacturing and selling women's apparel and accessories, primarily underwear and lingerie, under its well-known trademark "Hanky Panky."

11.      Known for inventing its famous and distinctive lacy thong panty, Hanky Panky and its highly esteemed products have garnered accolades in both the fashion and business press due to, *inter alia*, the high quality of its products, its fashionable designs and its commitment to manufacturing here in the United States, at its New York facilities. Copies of examples of this favorable press coverage are attached as **Exhibit A**.

12.      In order to keep its brand and product lines fresh and exciting, Hanky Panky continually designs, develops and introduces to market new collections and products that expand its favorable reputation in the apparel industry.

3

13.     Among such new introductions, in 2010 Hanky Panky launched its AFTER MIDNIGHT Collection of ultra sexy lingerie. Specifically, the AFTER MIDNIGHT collection includes panties, teddies and other lingerie directed at couples and gift packs containing lingerie and sexual accessories such as lubricants and candles.  Copies of photographs of Plaintiff's After Midnight Collection are attached hereto as **Exhibit B**.

14.     Since 2010, Hanky Panky has spent an enormous amount of money in advertising and promoting its  AFTER MIDNIGHT Collection.  The Collection is prominently featured on its website at www.hankypanky.com, and is continually featured and promoted in seasonal announcements to customers.  Copies of such promotions are attached as **Exhibit C**.

15.     The AFTER MIDNIGHT Collection also attracted the attention of the fashion press, and was featured, as recently as July 2013 in *Women's Wear Daily* and in February in *The New York Times*.  A copy of these article and others are attached as **Exhibit D**.

16.     Hanky Panky has continually used both AFTER MIDNIGHT and HANKY PANKY AFTER MIDNIGHT as trademarks in interstate, and indeed, international commerce, to refer to its products, including lingerie and sexual accessories (collectively, the "AFTER MIDNIGHT Marks").

17.     Plaintiff is the owner of U.S. Trademark Registration No. 4,195,014, dated August 21, 2012, for the mark HANKY PANKY AFTER MIDNIGHT for "g-strings, thongs, underpants, bralettes, bras, camisoles, corsets, boyshorts, chemises, slips, gowns, robes, hosiery, and sleepwear" in International Class 25 ("After Midnight Registered Mark").  A copy of the Certificate of Registration is attached hereto as **Exhibit E**.

18.     As a result of the long and continuous use of the AFTER MIDNIGHT Marks, and Hanky Panky's substantial investment of time, money and effort in advertising and promoting

4

such marks, the AFTER MIDNIGHT Marks have developed substantial public recognition, goodwill and secondary meaning.

19.     By virtue of Plaintiff's extensive use in commerce, the relevant trade and public have come to associate goods  bearing the AFTER MIDNIGHT Marks exclusively with Hanky Panky as the source of the products designated by those marks.

20.     Beginning in 2003, Hanky Panky has also used the distinctive trademark INDULGE YOUR INNER FLIRT in connection with its famous lingerie products (the "INDULGE YOUR INNER FLIRT Mark").

21.     Recently Hanky Panky has used its INDULGE YOUR INNER FLIRT Mark in combination with its AFTER MIDNIGHT Collection and Marks.  A copy of a web banner is attached as **Exhibit F**.

22.     Hanky Panky owns U.S. Trademark Registration No. 3328788, dated November 6, 2007, for INDULGE YOUR INNER FLIRT for clothing, namely lingerie and underwear" in International Class 25.  This registration is valid and incontestable ("Indulge Your Inner Flirt Registered Mark").  Attached as **Exhibit G** is a copy of the Registration Certificate.

23.     By virtue of Hanky Panky's extensive use and promotion of its INDULGE YOUR INNER FLIRT Mark, this Mark has developed substantial public recognition, goodwill and secondary meaning.  The relevant trade and public have come to associate goods  bearing the INDULGE YOUR INNER FLIRT Mark exclusively with Hanky Panky as the source of the products designated by that Mark.

## Defendants' Infringing Activities

24.     Notwithstanding Hanky Panky's open, notorious, and extensive nationwide prior use of its AFTER MIDNIGHT Collection and Marks, Defendants have recently launched a "new" collection of products as part of an "After Midnight" collection.

5

25.     Upon information and belief, Defendants' "After Midnight" Collection currently consists of an "aphrodisiac candle," "aphrodisiac" massage oil, a perfume product, and a room spray, all sold in connection and advertised in conjunction with Defendants' intimate apparel and lingerie, such as thongs.

26.     Like Hanky Panky's After Midnight Collection, Defendants' "After Midnight" Collection is prominently featured on the Victoria's Secret website at www.victoriassecret.com in connection with a "very sexy" line of lingerie, and is thus directly and identically positioned as Hanky Panky's After Midnight Collection to the consumer.  Copies of internet pages showing Defendants' products are annexed hereto as **Exhibit H**.

27.     The goods of Defendants and the goods of Plaintiff are identical and/or related and substantially similar.

28.     To make matters worse, concomitant with the launch of Defendants' infringing "After Midnight" collection, Defendants have also begun infringing a second registered trademark owned by Hanky Panky.

29.     Specifically, in connection with advertising its new sleepwear, Defendants' Victoria's Secret website uses the following language:

"Indulge your inner flirt . . . "

This phrase appears repeatedly in connection with a number of intimate apparel items on Defendants' website, and reveals an attempt to appropriate this tagline to sell Defendant's products directly in competition with Hanky Panky.  Pages from Defendants' website are attached as **Exhibit I**.

30.     Upon information and belief, Defendants' misappropriation of the distinctive INDULGE YOUR INNER FLIRT Mark cannot be coincidental.  Coupled with Defendants'

6

unlawful use of Hanky Panky's AFTER MIDNIGHT Marks,  this additional infringement betrays a studied and deliberate misappropriation of Hanky Panky's valuable intellectual property.

31.     Defendants conduct described above not only infringes Hanky Panky's valuable trademark rights rights, but also thwarts and indeed precludes Hanky Panky from expanding and further capitalizing on the success and investment made in its AFTER MIDNIGHT and INDULGE YOUR INNER FLIRT marks thus, taking from Hanky Panky valuable economic opportunities.

32.     Upon information and belief, Defendants' conduct described above is willful and/or recklessly disregards Hanky Panky's rights.

33.     Defendants' conduct has harmed and will continue to harm Hanky Panky's reputation and goodwill, and has caused the loss of sales and profits which Hanky Panky would have made but for Defendants' unlawful acts.

## FIRST CLAIM FOR RELIEF
### (Trademark Infringement)

34.     Hanky Panky repeats and realleges the allegations contained in paragraphs 1 through 33 above.

35.     Defendants' activities as described above constitute infringement of the After Midnight Registered Mark in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

36.     Defendants knew or should have known of the existence of Hanky Panky's After Midnight Registered Mark at the time Defendants adopted the "After Midnight" trademark.

37.     On information and belief, Defendants adopted and used the Marks in bad faith with actual or constructive knowledge and/or reckless disregard of and indifference to Plaintiff's rights in and to its After Midnight Registered Trademark.

7

38.    Defendants' use of "After Midnight"  so resembles Plaintiff's "After Midnight" and "Hanky Panky After Midnight" Marks  as applied to their goods that it is likely to cause confusion, mistake and/or deception, or to cause people to assume that Defendants' goods are sponsored by or produced under license from or otherwise affiliated with  Plaintiff (or visa versa.)

39.    Alternatively, because of Defendants' disproportionately larger size, advertising budget and resources, Defendants' use of Plaintiff's After Midnight Registered Trademark is likely to cause reverse confusion, mistake, and/or deception among the public and the trade, who will believe that Hanky Panky's or its "After Midnight" products emanate from, are approved or sponsored by, or are in some way associated or connected with Defendants, or that Hanky Panky has inferior rights to Defendants and is seeking to free-ride upon Defendants' reputation.

40.    Additionally, because of Defendants' disproportionately larger size, advertising budget and resources, Defendants' use of the marks identical to Plaintiff's has and will continue to overwhelm and swamp Plaintiff's, to cause Plaintiff to lose the value of and goodwill in its intellectual property

41.    Defendants' unlawful activities result and will result in irreparable harm and injury to Plaintiff.  Among other harms, these acts deprive Plaintiff of its absolute right to determine the manner in which its image is presented to the general public; deceive the public as to the origin and sponsorship of Defendants' services and wrongfully trade upon Plaintiff's reputation and exclusive rights in Hanky Panky's After Midnight Registered Mark.

42.    The aforementioned acts by Defendants have damaged and, if not enjoined, will continue to damage Hanky Panky and cause it irreparable harm, for which Hanky Panky has no adequate remedy at law.

8

43. Plaintiff's damages from the unlawful actions of Defendants are not yet determined.

## SECOND CLAIM FOR RELIEF
### (Trademark Infringement)

44. Hanky Panky repeats and realleges the allegations contained in paragraphs 1 through 43 above.

45. Defendants' activities as described above constitute infringement of the Indulge Your Inner Flirt Registered Mark in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

46. Defendants knew or should have known of the existence of Hanky Panky's Indulge Your Inner Flirt Registered Mark at the time Defendants adopted the "Indulge Your Inner Flirt" trademark.

47. On information and belief, Defendants' adoption and use is in bad faith with actual or constructive knowledge and/or reckless disregard of and indifference to Plaintiff's rights in and to its Indulge Your Inner Flirt Registered Trademark.

48. Defendants' unlawful activities result and will result in irreparable harm and injury to Plaintiff. Among other harms, these acts deprive Plaintiff of its absolute right to determine the manner in which its image is presented to the general public; deceive the public as to the origin and sponsorship of Defendants' goods and wrongfully trade upon Plaintiff's reputation and exclusive rights in Hanky Panky's Indulge Your Inner Flirt Registered Mark.

49. The aforementioned acts by Defendants have damaged and, if not enjoined, will continue to damage Hanky Panky and cause it irreparable harm, for which Hanky Panky has no adequate remedy at law.

50.     Plaintiff's damages from the unlawful actions of Defendants are not yet determined.

## THIRD CLAIM FOR RELIEF
### (False Designation of Origin)

51.     Hanky Panky repeats and realleges the allegations contained in paragraphs 1 through 50 above.

52.     Defendants' actions constitute unfair competition and false designation of origin in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

53.     The aforementioned acts by Defendants have damaged and, if not enjoined, will continue to damage Hanky Panky and cause it irreparable harm, for which Hanky Panky has no adequate remedy at law.

54.     Plaintiff's damages from the unlawful actions of Defendants are not yet determined.

## FOURTH CLAIM FOR RELIEF
### (Common Law Unfair Competition)

55.     Hanky Panky repeats and realleges the allegations contained in paragraphs 1 through 54 above.

56.     By misappropriating and using marks that replication Hanky Panky's AFTER MIDNIGHT and INDULGE YOUR INNER FLIRT Marks,  Defendants misrepresent and falsely describe to the general public the origin and source of the goods offered by them and create a likelihood of confusion as to both the source and sponsorship of such goods.

57.     Defendants' conduct creates the express and/or implied misrepresentation that Defendants' goods are authorized or approved by Hanky Panky.

00001/226/1436651.1

58.     Defendants' aforesaid acts constitute unfair competition in violation of the

common law of the State of New York.

## PRAYER FOR RELIEF

**WHEREFORE**, Hanky Panky respectfully requests that the Court:

A.      Preliminarily and permanently enjoin Defendants, their officers, agents,

employees, and related companies, and all persons acting for, with, by, through, or under them,

from:

(i)      Using the designation "After Midnight"  or any other mark, term, name or

title confusingly similar to Hanky Panky's AFTER MIDNIGHT Marks; and

(ii)     Using the designation "Indulge Your Inner Flirt" or any other mark, term,

name, title or phrase confusingly similar to Hanky Panky's INDULGE YOUR INNER

FLIRT Mark; and

(iii)    Committing any other act calculated or likely to cause the public to

believe that Defendants are in any manner connected, affiliated or associated with Hanky

Panky or from otherwise competing unfairly with Hanky Panky.

B.      Order Defendants, pursuant to 15 U.S.C. § 1118, to deliver to Hanky Panky for

destruction all material (including, without limitation, all inventory, advertisements, promotional

materials, brochures, signs, displays, stationary, business cards and/or invoices) within their

possession, custody or control, either directly or indirectly, that bear the designation "After

Midnight" and/or "Indulge Your Inner Flirt" or any other marks, terms, names, titles or phrases

confusingly similar thereto;

C.      Direct Defendants, pursuant to 15 U.S.C. § 1116(a), to file with the Court and

serve upon Hanky Panky, within thirty (30) days after entry of final judgment, a report in writing

11

and under oath setting forth in detail the manner and form by which they have complied with the provisions set forth above;

D.      That Defendants be ordered to undertake or to compensate Hanky Panky for the cost of corrective advertising and other corrective measures reasonably calculated to attempt to mitigate the confusion engendered by Defendants' infringing conduct;

E.      Direct Defendants, pursuant to 15 U.S.C. § 1117(a), to account to Hanky Panky for all gains, profits and advantages derived from Defendants' wrongful acts;

F.      Award to Hanky Panky, pursuant to 15 U.S.C. § 1117(a), the greater of three times the amount of Defendants' profits or any damages sustained by Hanky Panky, together with interest on such amount and the costs of this action;

G.      Award to Hanky Panky, pursuant to 15 U.S.C. § 1117(a), its attorneys' fees and the costs of this civil action; and

H.      Award to Hanky Panky such other and further relief as the Court deems just and proper.

Dated: New York, New York
      October 31, 2013

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: _____
Arlana S. Cohen (asc@cll.com)
Jonathan Z. King (jzk@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff

12

# EXHIBIT A

**THE WALL STREET JOURNAL.**
ONLINE

Article Search     Quotes & Research
Advanced Search            ● Symbol(s)  ○ Name

Other Journal Sites          As of Friday, June 18, 2004                                    LOG OUT

Home
News
Technology
Markets
Personal Journal
Opinion
Leisure/Weekend

The Print Edition
Today's Edition
Past Editions
Features
Columnists
In-Depth Reports
Discussions
Company Research
Markets Data Center
Site Map
Corrections
My Online Journal
Portfolio
Personalize My News
E-Mail Setup
My Account/Billing
Customer Service
The Online Journal
The Print Edition
Contact Us
Help

BARRON'S

Try on
the glove
that saved
one
company
over

$3.1
million

in
operating
costs.

Advertiser Links

Investor Resource
Center

Lind-Waldock -
Commodity Broker

Free whitepaper:
Workstations in
Financial Solutions

Financial HP
Workstations at PC
Prices

Free Schwab Guide to
Investment Advice

**PAGE ONE**

# A Tiny Scrap
# Of Fabric Wins
# A Huge Following

**Hanky Panky's Model 4811
Is a Thong Unto Itself;
'It's Like Lace Butter'**

**By GWENDOLYN BOUNDS**
Staff Reporter of THE WALL STREET JOURNAL
June 18, 2004; Page A1

Supermodel Cindy Crawford has purchased 4811, her publicist confirms. Manhattan boutique La Petite Coquette says actress Julianne Moore bought 4811 "in a rainbow of colors" earlier this year. It's the top-seller in its category at Trousseau in Chicago among working women. "I can't get customers to try anything else," says owner Christy Horton.

For the last decade and a half, a little-known company called Hanky Panky has thrived making a $15 lace thong known simply by its style number, 4811. In the cutthroat world of lingerie sales, that is no small thing.

What gives? Well, the undergarment itself does. "It's really, really soft and super-stretchy, so it doesn't dig into you like all the other brands," Ms. Horton says. "We call it our starter thong."

Thongs are the biggest thing to hit underwear in the last 20 years. They accounted for one-quarter of the entire $2.6 billion panty market last year, according to NPD Group, a marketing information company in Port Washington, N.Y. Once the domain of a daring few, thongs have gone mainstream. You can buy them at Wal-Mart for $1.50.



Front-and-back views of Hanky Panky's 4811 lace thong

Hanky Panky has just a tiny share of the thong market. But even among women who favor fancy Italian and French brands -- Cosabella, Argentovivo, Lise Charmel -- the made-in-the-USA 4811 has a cult following.

"It's like lace butter," says Joni Wheat, a 33-year-old personal shopper in Chicago. Ms. Wheat, who thinks nothing of dropping $100 or more on high-end European bra-and-underwear sets, figures she owns about 30 thongs in model 4811. Adds Lauren Martin, a 35-year-old Manhattan psychotherapist who spends most of her workday seated: "I have full hips and have tried all the fancy $200 sets, but I can never wear the panties." These days, she says Hanky Panky's lace thong is her only underwear.

RELATED INDUSTRIES
• Media & Marketing

Personalized Home Page Setup
Put headlines on your homepage
about the companies, industries and
topics that interest you most.

Based in a Manhattan loft, Hanky Panky is led by its two 57-year-old founders, Gale Epstein and Lida Orzeck. Friends from their college days in the 1960s, the two teamed up as business partners in the late '70s after Ms. Epstein gave Ms. Orzeck a panty and bra set she designed using handkerchiefs as a 30th-birthday present.

"It was a very significant gift," says Ms. Orzeck, who has a Ph.D. in social psychology from Columbia University and was working as a researcher. "I thought the underwear was the cutest thing," she says.

Ms. Epstein was working at a sweater company. During lunch hours and at night, they began to cook up a new lingerie venture. Since they lived in the same apartment building, they had "stairwell summits" in the dim lighting between floors to discuss marketing, production and occasionally mull over designs. The next day, Ms. Epstein would flesh out new samples of artsy camisoles, bikini pants and petticoats. Ms. Orzeck sold them to big-name department stores, including Lord & Taylor and Macy's, that were hungry for new talent. Hanky Panky broke even its first year, the founders say.

The seeds of 4811 were sown in 1978 when Ms. Epstein, inspired by Rio sunbathers in revealing bikinis, designed Hanky Panky's first G-string. She and Ms. Orzeck felt U.S. women were ready for something more liberating than common underwear. This time around, the same department stores balked, insisting such garments were better suited for Frederick's of Hollywood. "They hadn't caught up to the sexual revolution yet," Ms. Orzeck says of the retailers.



Gale Epstein

But timing was on Hanky Panky's side. A generation of working women, weary of dressing like the boys, would soon become eager for something to make them feel feminine underneath. And as they began slipping into more-fitted suits for the office, they sought to avoid visible panty lines. Hanky Panky's chieftains seized on the thong as a palatable compromise between the rather extreme G-string and a regular panty.

Being women gave them an edge: They didn't need to call in a model to test designs, says Ms. Epstein, who attended New York's Parsons School of Design. Instead, she personally tested every sample herself, taking garments home and wearing them for an evening, occasionally soliciting her boyfriend's opinion. Hanky Panky launched its first mainstream line in 1986, and Ms. Epstein kept fiddling until she arrived at what would become the company's ultimate cash cow three years later. They adopted the style number 4811 and sold 5,000 pairs the first year.

The secret to 4811 lies in the careful calibration of the garment, which weighs a mere half-ounce, about as much as four cloves of garlic. To keep costs down, Ms. Epstein wanted to design a one-size thong that would fit most women, and she knew stretch lace was a particularly forgiving material. So she scoured New York manufacturers until she found a fabric with the perfect "modulus" -- or elasticity -- for the crucial hip band. It used enough spandex to stretch but not so much as to bind bare skin.



For the front and back Vs, she fretted over the fabric's so-called "hand": its pliability, how it draped, where it pulled and puckered. She insisted on a 100% cotton gusset (industry parlance for crotch lining) and tinkered until the depth of the lining sat just so. The final key ingredient was a thin line of super-soft lace around the thong's edge. That can trigger production headaches because sometimes the lace shrinks in width when dyed and becomes more difficult for the sewing machine to accept.

The result: "It lays flat on you," says Rebecca Apsan, the owner of La Petite Coquette, which carries some 85 different thong brands. She has given away samples of the 4811 to reluctant thong customers to teach them that not all thongs rub the wrong way.

Lida Orzeck

Meantime, persnickety fashion publications also have opined on the curious comfort of various Hanky Panky thongs: "My favorite!" said one test-driver of 4811 for In Style's February 2002 issue. "The Hanky Panky thong revolutionized the thong market," says Hope Greenberg, fashion director for Lucky magazine, which commends the 4811 in its current (June) issue. "They did an amazing thing by creating a thong that looks really pretty and is amazingly comfortable."

Last year, sales of 4811 climbed to 250,000 pieces, and accounted for nearly 10% of Hanky Panky's $10 million in revenue from lingerie, sportswear and sleepwear.

Ms. Epstein not long ago returned to the drawing board to whip up a new low-rise thong to wear with the hip-hugging pants now in vogue. "It wasn't a matter of just lowering the garment," she explains patiently. "You had to make it wider in the hips, and it had to not shift to the front or back."

After trying on endless samples in the office with her low-rise jeans, readjusting the depth of the band's V, and slimming down the front and back triangles until the garment shed one-eighth of an ounce, she finally got the new thong to fit. Its style number is 4911.

**Write to** Gwendolyn Bounds at wendy.bounds@wsj.com

EMAIL THIS    FORMAT FOR PRINTING    MOST POPULAR    ORDER REPRINTS

Sponsored by

PitneyBowes  Engineering the flow of communication

Return To Top

Log Out   Contact Us   Help   E-Mail Setup   My Account/Billing   Customer Service: Online | Print
Corrections   Privacy Policy   Subscriber Agreement   Mobile Devices   News Licensing   About Dow Jones

Copyright © 2004 Dow Jones & Company, Inc. All Rights Reserved

DOWJONES

# EXHIBIT B



Proudly Made in the USA since 1977

Customer Assistance | My Account | Wish List | Shopping Bag (0)

FREE GROUND SHIPPING ON ORDERS OVER $75!

JOIN OUR EMAIL LIST    Search    GO

Collections    Thongs    Panties    Lingerie    Sleepwear    Bridal    Collegiate    New Arrivals    Personalized Panties    Gifts    **SALE**

Shop by Style
**Shop by Collection**
Shop by Color
After Midnight®
Plus Size Boutique
Bridal
**Maternity**
Collegiate
Gifts
Lingerie Care
Sale



The sizzling Hanky Panky After Midnight® collection features sexy crotchless panties, sensual peek-a-boo bralettes, daring teddies and babydolls in our soft laces and stretch tulles.

Collections >   Hanky Panky After Midnight®



Studded Heavy Metal Bralette
**$49**

New Arrival!

Studded Heavy Metal Low Rise Thong
**$26**

New Arrival!

Studded Heavy Metal Brazilian Bikini
**$36**

New Arrival!

Studded Heavy Metal Cuffs
**$16**

New Arrival!

Signature Lace Fringe Bralette
**$44**

New Arrival!

Signature Lace Fringe Thong Back Teddy
**$62**

New Arrival!

Signature Lace Fringe Garter Belt
**$42**

New Arrival!

Signature Lace Fringe Crotchless Thong
**$24**

Crotchless!



The Pleasure Principle Gift Set
**$225**

Watch the Video!

Indulgences Pleasure Set
**$40**

Online Exclusive!

Share the Love Gift Set
**$62**

Watch the Video!

"Naughty & Nice" Box 2 Pack Thongs
**$38**

New Color!

"Naughty & Nice" Box 2 Pack Thongs
**$38**

Leopard Nouveau Peek-A-Boo Bralette
**$49**

New Arrival!

Leopard Nouveau Crotchless Cheeky Hipster with Oversized Keyhole
**$32**

Crotchless!

Leopard Nouveau Crotchless Low Rise Thong
**$19**

Crotchless!

Leopard Nouveau Crotchless Low Rise Thong Packaged
**$19**

New Arrival!

Signature Lace Tie Bralette
**$48**

Signature Lace Crotchless Thong
**$18**

Crotchless!

Signature Lace Crotchless Thong Packaged
**$18**

More Colors Inside!



"Cage" Crotchless G-String
$27

Crotchless!

Retro Lace Bralette with
Mesh
$67

Retro Lace Crotchless
Thong with Mesh
$35

Crotchless!

Nude Illusion Tie Bralette
$48

Nude Illusion Crotchless
Bikini
$35

Crotchless!

Nude Illusion Crotchless G-
String
$18

Crotchless!

Luxe Lace Open Bralette
$49

Luxe Lace Open Bralette
$49

Luxe Lace Crotchless Brief
$36

Crotchless!

Luxe Lace Crotchless Brief
$36

Crotchless!

Peek-a-Boo Side Tie Bikini
$25

Peek-a-Boo Lace Babydoll
with G-String
$92






Signature Lace Frame Bralette
**$42**

Signature Lace Crotchless Thong with Bow
**$18**

Signature Lace Garter Belt
**$39**

Signature Lace Vixen Cuffs
**$10**

Crotchless!

New Arrival!





Signature Lace Crotchless Cheeky Hipster
**$30**

Signature Lace Keyhole Teddy
**$69**

Peek-a-Boo Lace Crotchless Playsuit
**$52**

Crotchless!

Crotchless!

New Arrival!

 Send an E-Gift Card

Panky Points  Get rewarded every time you shop. Click for more details.

      

**LIFESTYLE**
HALLOWEEN COSTUME GUIDE
ABOUT US
THONG DIARIES
PHILANTHROPY
CONTESTS
CAREERS
SUSTAINABILITY

**MEDIA**
HANKY PANKY EVENTS
CELEBRITIES AND PRESS
HANKY PANKY ON FACEBOOK
HANKY PANKY ON TWITTER
HANKY PANKY ON YOUTUBE
HANKY PANKY ON GOOGLE +
HANKY PANKY ON INSTAGRAM
HANKY PANKY BLOG

**CUSTOMER SERVICE**
CONTACT US
FAQS
HANKY PANKY SIZE CHART
E-GIFT CARDS
PANKY POINTS TERMS
WISH LIST
STORE LOCATOR

**ORDER INFO**
MY ACCOUNT
CHECK ORDER STATUS
SHIPPING INFORMATION
RETURNS AND EXCHANGES

**SITE TERMS**
PRIVACY POLICY
TERMS OF USE

LIVE CHAT
ONLINE
CHAT NOW

 

Copyright © 2013 Hanky Panky. Powered by BlueSwitch.
V. 56797.15

# EXHIBIT C



# hanky panky AFTER MIDNIGHT™

**SET INCLUDES:**
- SATIN BAG
- LITTLE AFTERGLOW CANDLE
- THONG (STYLE NO. 481001 IN RED)
- BRALETTE (STYLE NO. 487831 IN RED)

*exclusive for*

shopbop.com





hanky panky **AFTER MIDNIGHT**™

**ALL TIED UP** low rise open-panel thong & lace cuffs

STYLE NO. 48CUFFPK

low rise open-panel thong packaged with lace cuffs

one size fits 2 –12  |  $11 / MSRP $26

September Delivery: 8/25 Start Ship

hanky panky

ORDER CODE:
NLOCT2

GET YOUR *freak* ON

**487294** Studded Bralette
xs, s, m / black
$21.50 / **MSRP $49**

**488854** Fringe Thong Back Teddy
s, m, l / black
$27 / **MSRP $62**

**4X7831** Peek-A-Boo Bralette
(with functional bow ties)
s, m, l / brown
$21.50 / **MSRP $49**

**4X2921** Open Panel Cheeky Hipster
(with oversized keyhole)
s, m, l / brown
$13.75 / **MSRP $32**

**482644** Studded Brazilian Bikini
s, m, l / black
$16 / **MSRP $36**



**4X1001** Open Panel Low Rise Thong
one size fits 2-12 / brown
$8 / **MSRP $19**



**487214** Fringe Bralette
one size / black
$19.50 / **MSRP $44**

**488924** Fringe Garter Belt
s, m, l / black
$18 / **MSRP $42**

**481634** Fringe Open Panel Thong
one size fits 2-12 / black
$10.50 / **MSRP $24**



ORDER CODE: NLIAN1

hanky panky

Valentine
va-va-voom

481001  SIGNATURE LACE OPEN CROTCH LOW RISE THONG
one size fits 2-12
$7.00/MSRP $16.00

488406  SIGNATURE LACE OPEN CROTCH KEYHOLE TEDDY
s, m, l
$28.00/MSRP $64.00

482921  SIGNATURE LACE OPEN CROTCH CHEEKY HIPSTER  s, m, l  $11.50/MSRP $27.00

487831  SIGNATURE LACE PEEK-A-BOO BRALETTE  s, m, l  $21.00/MSRP $48.00

257132
STRETCH TULLE
PEEK-A-BOO BRALETTE
s, m, l
mocha/black
$20.00/MSRP $48.00

251302
STRETCH TULLE
OPEN CROTCH G-STRING
p/s, m/l
mocha/black
$8.00/MSRP $18.00

252122  STRETCH TULLE OPEN CROTCH BIKINI  s, m, l  $15.50/MSRP $35.00

49NNPK
'NAUGHTY & NICE' BOX
1 Hanky Panky After Midnight
black crotchless low rise thong
1 tulip pink classic low rise thong
one size fits 2-12
$16.00/MSRP $36.00

49HYBX3
RED 'I ♥ U' BOX
one size fits 2-12
tulip pink, petunia, limelight
$23.50/MSRP $54.00

# hanky panky AFTER MIDNIGHT™

EXCLUSIVELY ON WWW.HANKYPANKY.COM





**STYLE NO. LUXCHROM**

**SET INCLUDES:**

SATIN BAG -
LITTLE CHROMA VIBRATOR -
OPEN CROTCH THONG (STYLE NO. 481001 IN BLACK) -
OPEN BRALETTE (STYLE NO. 487831 IN BLACK) -
$225 -

Case 1-13-cv-07742-PAC   Document 1   Filed 10/31/13   Page 29 of 53

# hanky panky AFTER MIDNIGHT™



# & JIMMYJANE

*exclusively for* shopbop.com

# EXHIBIT D

Innerwear Trend: Notes of a Scandal - WWD 10/31/13

WWDIRECTORY (/PEOPLE-COMPAN     EVENTS CALENDAR (/FASHION-CALE     FOOTWEAR NEWS (/FOOTWEAR-NEWS?MOD

MEDIA (/MEDIA-NEWS?MODULE=TN)     EYE (/EYE?MODULE=TN)     VIDEO (WWD-VIDEO?MODULE=TN)

MY ACCOUNT
(HTTPS://SUBSCRIBE.WWD.COM/AC
PC=WO)   LOGOUT (/ACCOUNT/LO
RETURN TO (/FASHION-NEWS/TREN
TREND-NOTES-OF-A-SCANDAL-706




NEW FOR FALL/WINTER 2014/15
**SWEET HEART**
WWW.SWAROVSKI.COM/PROFESSIONAL


**SWAROVSKI**

Subscribe to
**WWD Print**
at the introductory rate
ORDER NOW

WOMEN'S WEAR DAILY   10.31.2013

**WWD**

(/?MODULE=TN)
TODAY'S PAPER (/WWD-PUBLICATI
31?ID=7257488&MODULE=TN/TODA
PUBLICATION/WWD/2013-07-29?
ID=7257488&MODULE=TN/TODAY/P
(/WWD-PUBLICATION/WWD/2013-07
ID=7257488&MODULE=TN/TODAY/DC


Make WWD.com your homepage
**BRINGESS CHARLENE OF
IS JUST HONORED AT LUNCHEON
THEY ARE LESS. FOR MORE NEWS.**

FASHION (/FASHION-
NEWS/)
DESIGNER / LUXURY (/FASHION-NEWS/DESIGNER-LUXURY)

TRENDS (/FASHION-NEWS/TRENDS)
THEY ARE WEARING (/FASHION-NEWS/THEY-ARE-WEARING)
FASHION FEATURES (/FASHION-NEWS/FASHION-FEATURES)   FASHION SCOOPS (/FASHION-NEWS/FASHION-SCOOPS)

LATEST ARTICLES FROM FASHION

HUMAN RESOURCES (/BUSINESS-NEWS/HUMAN
RESOURCES?MODULE=LATEST-ARTICLES)
**Robert J. Almerini Joins DVF as Chief
Operating Officer** (/business-
news/human-resources/almerini-join
dvf-as-chief-operating-officer-725918
module=latest-articles)

(/eye/fashion/trendsetter-of-
the-week-lady-gaga-
7256883)
FASHION (/EYE/FASHION?
MODULE=LATEST-
ARTICLES)
**Trendsetter of the
Week: Lady Gaga**
(/eye/fashion/trendsetter-of-the-week

(/fashion-news/trends/spring-
2014-trend-texture-me-
7259452)
TRENDS (/FASHION-
NEWS/TRENDS?
MODULE=LATEST-
ARTICLES)
**Spring 2014 Trend:
Texture Me** (/fashion

wwd (/)     fashion news (/fashion-news)     trends (/fashion-news/trends)

July 29, 2013

FROM:
WWD Issue 07/29/2013 (/wwd-
publications/wwd/2013-07-29/)

# Innerwear Trend: Notes of
a Scandal

*By* JESSICA IREDALE (/WWD-
MASTHEAD/JESSICA-IREDALE-1616777)
*Styled By* Kim Friday (/wwd-masthead/kim-
friday-1616878)

Like   11   Tweet 0

SHOP THE
LATEST TRENDS
FROM
**STUART WEITZMAN**
Zappos   SHOP NOW

COMMENTS   0 (HTTP://WWW.WWD.COM/FASHION-NEWS/TRENDS/INNERWEAR-TREND-NOTES-C
A-SCANDAL-7068368#DISQUS_THREAD)

PRINT (/FASHION-NEWS/TRENDS/INNERWEAR-TREND-NOTES-OF-A-SCANDAL-
7068368/PRINT-PREVIEW/)

E-MAIL

A-A A+

THEY ARE WEARING (/FASHION-NE
wearing-frieze-london-7242956?
module=theyarewearing) (/fashion-news/they-


**They Are Wearing:
Frieze London**
(/fashion-news/they-
are-wearing/they-are-
wearing-frieze-london
-7242956?
module=theyarewearing)
are-wearing/they-are-wearing-tokyo-rising-sons-
7242441?module=theyarewearing (/fashion-

"It is only by way of pain that one arrives at
pleasure," wrote the Marquis de Sade, patron
saint of bondage gear. That rule has been revised
recently in the hands of lingerie designers who
prefer their scandal handled delicately. In other
words, lingerie for a woman who wants the
attitude of S&M but is definitely not a masochist.
For example, bras with small cutouts plus an
extra strap or two, paired with a high-waisted
panty, capture an edgy, seductive style while
retaining a user-friendly comfort level.

Hanky Panky launched its After Midnight
collection in 2010, with styles that include a
in its signature stretch lace with peak-a-boo s
on the cups, decorated with pink bows for a
romantic touch. The idea behind After Midnig
was "erotic, sexy lingerie that's also pretty,
feminine and comfortable; that women actual
want to wear to feel sexy in," says Larissa Si
King, a designer for Hanky Panky. "There's a
on the market that's cheap and trashy, and [a
lot] that is very, very, very high-end. We foun
this niche for ourselves for pretty things that
still comfortable."

While the Hanky Panky collection is very much
innerwear to all, the most daring labels, such
Noe Undergarments and For Love & Lemons,
carry styles designed to be seen, and not just
the bedroom. Noe's Zachary X bodysuit is



**They Are Wearing:
Tokyo's Rising Sons**
(/fashion-news/they-
are-wearing/they-are-
wearing-tokyos-rising
-sons-7244341?
module=theyarewearing)
more/they-are-wearing/they-are-wearing-los-
angeles-fashion-week-7239898?
module=theyarewearing



**They Are Wearing:
Los Angeles Fashion
Week** (/fashion-
news/they-are-
wearing/they-are-
wearing-los-angeles-
fashion-week-
7239898?
module=theyarewearing)

(/fashion-news/trends/innerwear-trend-
notes-of-a-scandal-7068368/slideshow)

Something Wicked's leather and suede bra with
Rhonda Shear Ahh Lifestyle Collection's nylon and
spandex shaper skirt. Dogeared necklace; Carolina
Amato Accessories gloves; Emy Mack pumps.
Photo By George Chinsee

done in soft nude mesh with soft underwire cups and a thick herringbone T-strap back. "It has that bondage feel, but it's for the woman who doesn't want to take it to that extreme level," says Noe designer Bonnie Rae, noting that it's meant to be worn under a sheer dress or tunic to show off the upper details. "It's wearable and you can kind of play it on the fence, but it's not a piece for everyone." Rae said the bodysuit is not exactly a bestseller — just three accounts picked it up for fall: Faire Frou Frou in Los Angeles; Stash at The Montauk Beach House, and a store in Australia, where the bare-and-dare trend has been going strong for a while.

Laura Hall and Gillian Mahin of For Love & Lemons both used to work for Australian fashion lines. "When we were there, all the women wore sheer garments," says Hall. "They all wore really pretty negligées with underwear underneath it." That look inspired For Love & Lemons' Love You Knot velvet bondage bralette and matching high-waisted brief. "The whole purpose is to have some sort of cool, strappy, bondage-y item to replace the slip," says Hall. "We wanted to make it more delicate and not so dominatrix."

Retail-wise, specialty lingerie stores will always be more inclined to buy into more directional looks, but mainstream outlets are also showing increased interest. "Our customer loves to incorporate edgy styling elements into her wardrobe," says Jenny Fuchs, a buyer for Shopbop, which carries Hanky Panky After Midnight and picked up For Love & Lemons for fall. "These lingerie styles featuring multiple straps and peekaboo detailing give her that risqué feel, but can still be subtly feminine."

"Women of today are being more experimental," says Noe's Rae. "The word 'bondage' isn't as faux pas as it used to be. We use that word to describe some of our pieces, and in the past, it would be like you can't bring that word into the collection unless you really have that dark feeling. But now, [the market] seems a lot more open to that kind of exploratory world."

SHOT ON LOCATION AT THE MEADOW SUITE IN THE CROSBY HOTEL, NYC

---

LAUNCH SLIDESHOW (/FASHION-NEWS/TRENDS/INNERWEAR-TREND-NOTES-OF-A-SCANDAL-7068368/SLIDESHOW)



(/fashion-news/trends/innerwear-trend-notes-of-a-scandal-7068368/slideshow/7068372)
Polyester and spandex velvet bra and panties set by Skivvies for For Love & Lemons. Necklace by Dogeared; mules by Emy Mack.
*Photo By George Chinsee*

LAUNCH SLIDESHOW (/FASHION-NEWS/TRENDS/INNERWEAR-TREND-NOTES-OF-A-SCANDAL-7068368/SLIDESHOW)

---

**MOST RECENT ARTICLES ON TRENDS**

Spring 2014 Trend: Texture Me (/fashion-news/trends/spring-2014-trend-texture-me-7258452?module=more_on)

Spring 2014 Denim Trend: Trail Mix (/fashion-news/trends/spring-2014-denim-trend-trail-mix-7254579?module=more_on)

Spring 2014 Denim Trend: All in One (/fashion-news/trends/spring-2014-denim-trend-all-in-one-7254573?module=more_on)

**MORE ARTICLES BY**

Jessica Iredale (/wwd-masthead/jessica-iredale-1616777?module=more_by)

---

SEE ALL OF WWD'S STREET STYLE COVERAGE (/FASHION-NEWS/THEY-ARE-WEARING? MODULE = THEYAREWEARING)

Jobs (Hiring
www.JobsInYour
892 Jobs Availa
- $65 per Hour.

📧 **Newsletters (/newsletters?src=rail)**
SIGN UP (/NEWSLETTERS?SRC=RAIL) for WWD and FN newsletters to receive daily headlines, breaking news alerts and weekly industry wrap-ups.

SUBMIT

 (/wwd-

VIEW ALL PUBLICATIONS (/wwd-publications?module=pub)

DOWNLOAD PDF NOW (/WWD-PUBLICATION:

**WWDStyle & Men'sWeek 10/31/2013** (/wwd-publications/mensweek?2074-10-31? id=7257492&module=pubs)

Adam Levine Lina a Winner for Kmart (/innerwear-news/retail-business/adam-levine-lina-a-winner-for-kmart-7256808?module = pub)

Kent & Curwen Returns to Savile Row (/innerwear-news/designer-luxury/kent-curwen-returns-to-savile-row-7256830?module = pub)

Dan Orwig to Head Father's/Mother's Day Council (/markets-news/people/orwig-to-head-fathers-mothers-day-council-7256832? module = pub)

VIEW ALL FROM THIS ISSUE (/WWD-PUBLICATIONS/MENSWEEK/2013 -10-31? id = 7257492&MODULE — PUBS)

**ARTICLEFINDER**

# fashion

Choose By                                        CLEAR

**Topic**

Fashion Scoops   Fashion Features   Runway   Trends   They

**Region**

**Year**

View 109568 Articles

Or

SEARCH FASHION                          Submit

---

ADD A COMMENT   Sign in using your Facebook or Twitter account, or simply type your comment below as a guest by entering your email and name. Your email address will not be shared. Please note that WWD reserves the right to remove profane, distasteful or otherwise inappropriate language.

0 comments

✕

New Comment

Sign in to post ✓

Post

Sign up for Disqus

Leave a message...

SIGN IN WITH

Ads by Google

UNICEF Cards and Gifts
shop.unicefusa.org
Shop unique gifts and home decor from
UNICEF. Shop for a cause!

UNICEF Cards and Gifts
shop.unicefusa.org
Shop unique gifts and home decor from
UNICEF. Shop for a cause!



## PHOTOSEARCH

PHOTO SEARCH                    Submit

**FEATURED IMAGES**

(/featured-images/slideshow/7087377)  (/featured-images/slideshow/7088357)

(/featured-images/slideshow/7088211)  (/featured-images/slideshow/7085774)

(/featured-images/slideshow/7086957)  (/featured-images/slideshow/7088214)

## FEATUREDSTORIES



## MOSTPOPULAR

VIEWED    EMAILED    COMMENTED

Anne Slowey: New York's State of
Mind (/fashion-news/fashion-
news/anne-sloweys-new-york-
state-of-mind-7248146)

**Barneys Incidents Stir More Outcry**
(/fashion-news/fashion-scoops/rev-al-
sharpton-addresses-barneys-racial-
profiling-7250001)

**Jil Sander Exit Raises Questions for
Brand** (/fashion-news/designer-
luxury/jil-sander-departing-namesake-
brand-7246107)

**Moschino Names Jeremy Scott Creative
Director** (/fashion-news/designer-
luxury/moschino-names-jeremy-scott-
creative-director-7252976)

**They Are Wearing: Frieze London**
(/fashion-news/they-are-wearing/they-
are-wearing-frieze-london-7242956)



Subscribe to
**WWD Print**
at the introductory rate
**ORDER NOW**



(/footwear-news/business/fn-
2013-power-100-7248809)
**FOOTWEAR NEWS
(/FOOTWEAR-NEWS)**
**FN's 2013
Power 100
(/footwear-**



(/business-news/business-
features/2013-wwd-ceo-summit-
the-transformers-7250694)
**RETAIL (/RETAIL-NEWS)**
**2013 WWD
Apparel &
Retail CEO**



(/retail-news/retail-
features/inching-toward-an-
omnichannel-future-7250686)
**RETAIL (/RETAIL-NEWS)**
**Inching
Toward an
Omnichannel**



(/fashion-news/fashion-
features/giorgio-armanis-new-york-
state-of-mind-7248146)
**FASHION (/FASHION-
NEWS)**
**Armani's
New York
State of Mind**



(/accessories-news/trends/spring-
2014-accessories-7232488)
**ACCESSORIES
(/ACCESSORIES-NEWS)**
**Spring 2014
Accessories
(/accessories-**



(/runway/spring-ready-to-wear-
2014/paris)
(/social)
**MEDIA (/MEDIA-NEWS)**
**Follow
Women's Wear
Daily (/social)**



MILLION+
FOLLOWERS

news/business/fashion-2013-power-100-7248809)

Summit (/business-news/business-features/2013-wwd-ceo-summit-the-transformers-7253694)

Future (/retail-news/retail-features/inching-toward-an-omnichannel-future-7250686)

(/fashion-news/fashion-armanis-new-york-state-of-mind-7248146)

Giorgio Armani's New York State of Mind (/fashion-news/fashion/giorgio-armanis-new-york-state-of-mind-7248146)

news/trends/spring-2014-accessories-7232488)

FASHION (/FASHION-NEWS)

Spring 2014 Collections (/runway/spring-ready-to-wear-2014/paris)

ABOUT US (/ABOUT-US)    SITE MAP (/SITEMAP)    MASTHEAD (/WWD-MASTHEAD)    ADVERTISING (/ADVERTISING)    SUBSCRIBE    MANAGE ACCOUNTS    FAQ (/HELP)

CONTACT US (/CONTACT-US)    NEWSLETTERS (/NEWSLETTERS)    RSS (/RSS)    CLASSIFIEDS (/CLASSIFIEDS?MODULE=TN)    MOBILE (HTTP://MOBILE.WWD.COM)



**RECENT WWD ISSUES**

10/31/2013 Thursday (/wwd-publications/wwd/2013-10-31?id=7257488)    10/30/2013 Wednesday (/wwd-publications/wwd/2013-10-30?id=7254894)    10/29/2013 Tuesday (/wwd-publications/wwd/2013-10-29?id=7253381)    10/28/2013 Monday (/wwd-publications/wwd/2013-10-28?id=7250406)    10/25/2013 Friday (/wwd-publications/wwd/2013-10-25?id=7247858)

10/24/2013 Thursday (/wwd-publications/wwd/2013-10-24?id=7243680)    10/23/2013 Wednesday (/wwd-publications/wwd/2013-10-23?id=7241766)    10/22/2013 Tuesday (/wwd-publications/wwd/2013-10-22?id=7240030)    10/21/2013 Monday (/wwd-publications/wwd/2013-10-21?id=7236013)    10/18/2013 Friday (/wwd-publications/wwd/2013-10-18?id=7233247)

**FAIRCHILD FASHION MEDIA**

WWD (/)  ·  Style.com (http://www.style.com)  ·  Footwear News (/footwear-news/?src=footer)  ·  NowManifest (http://www.nowmanifest.com)  ·  Beauty Inc (/wwd-publications?type=magazines&year=&month=&src=footer)  ·  M (http://www.classofman.com)  ·  Fairchild Summits (/summits?src=footer)  ·  WWD Magic (http://wwdmagic.magiconline.com)  ·  FN Platform (http://fnplatform.magiconline.com)

WWD.com is the authority for news and trends in the worlds of fashion, beauty and retail. Featuring daily headlines and breaking news from all Women's Wear Daily publications, WWD.com provides the most comprehensive coverage anywhere of fashion, beauty and retail news and is the leading destination for all fashion week updates and show reviews from New York, Paris, Milan and London.

© 2013 Condé Nast. All rights reserved. Use of this Site constitutes acceptance of our User Agreement (http://www.condenast.com/privacy-policy) (effective 3/21/12) and Privacy Policy (http://www.condenast.com/privacy-policy#privacypolicy) (effective 3/21/12). Your California Privacy Rights (http://www.condenast.com/privacy-policy#privacypolicy-california). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Ad Choices
(http://www.condenast.com/privacy-policy#privacypolicy-optout)



July 2010



Introducing

hanky panky AFTER MIDNIGHT™

The Erotic Hour

WWW.HANKYPANKY.COM



**INTIMATES**

The retailers' daily newspaper Published by Fairchild Publications Inc.
a subsidiary of Advance Publications Inc., 750 Third Avenue, New York, N.Y. 10017

**WILL SCHENCK,** Vice President, Chief Revenue Officer

**MELISSA BRECHER,** Associate Publisher, Marketing
**MELISSA MATTACE,** Advertising Director
**STEVE SOTTILE,** Advertising Director
**SHELLY RAPOPORT,** Advertising Director

ADVERTISING
**KRISTIN BARONE,** Executive Director, International Fashion
**JOEL FERTEL,** Associate Publisher, Innerwear/Legwear/Textile
**PAMELA FIRESTONE,** Sales Development Director
**HILLARY GRAHAM,** Account Manager
**JULIA HAWKINS,** Fashion Director
**JENNIFER MARDER,** Executive Director
**BRETT MITCHELL,** Executive Director, International Fashion

REGIONAL OFFICES
**RON TROXELL,** West Coast Director, 323-965-7283
**JILL BIREN,** West Coast Director, 323-965-7283

INTERNATIONAL OFFICES
**GUGLIELMO BAVA,** International Advertising Director, 011-39-02-6598-4225
**OLGA KOUZNETSOVA,** Account Manager, Italy, 011-3902-6598-4224
**GIULIA SQUERI,** Account Manager, Milan, 011-3902-6598-4236
**ODILE EDA-PIERRE,** Account Manager, Paris, 011-331-4434-3246

**HILLARY KRIBBEN,** Assistant to the Chief Revenue Officer

ADVERTISING ASSISTANTS
Michelle Basse, Jessica Casey, Tina Schlissel, Joyce Graham, Pascale Ragot, Emmanuela Altimare

MARKETING/PROMOTION
**HEATHER GUMBLEY,** Executive Director, Creative Services
**JANET MENAKER,** Marketing Director
**DANIELLE MCMURRAY,** Special Projects Director
**KRISTEN M. WILDMAN,** Director, Event Marketing
**JENNIFER PINCUS,** Director, Integrated Marketing
**BENJAMIN GELINAS,** Design Director
**DIANE HUNTLEY,** Copy Director
**JAIME MCCARTHY,** Senior Manager, Integrated Marketing
**TING WANG,** Manager, Event Marketing
**BRIDGIT MAZZA,** Manager, Integrated Marketing
**STEPHANIE BROWN,** Coordinator, Integrated Marketing
**DANIELLE K. STEWART,** Coordinator, Integrated Marketing

BUSINESS GROUP
**DEBI CHIRICHELLA,** Chief Operating Officer, Fairchild Fashion Group
**KATHY RIESS,** Executive Director of Finance & Business Operations, Fairchild Fashion Group
**KAREN CHIU,** Business Director, Fairchild Fashion Group
**DEVON FOORD,** Finance Director, Fairchild Fashion Group
**ALISON SMITH,** Associate Business Manager, WWD
**JANET JANOFF,** General Manager, WWD
**RON WILSON,** Director of European Operations

PUBLIC RELATIONS
**DAN SCHEFFEY,** Director of Communications

WWD.COM
**SAMMY PATEL,** Digital Account Manager

PRODUCTION
**GENA KELLY,** Executive Director, Manufacturing and Distribution
**CHRIS WENGIEL,** Group Production Director
**KEVIN HURLEY,** Production Director
**JILL BREINER,** Associate Production Manager
**MICHAEL WAGNER,** Senior B2B Distribution Manager

CONSUMER MARKETING
**JOHN CROSS,** Fulfillment Director
**JAMES ROSSI,** Marketing Director
**RICHARD FRANZ,** Circulation Sales Director

TO DIAL DEPTS. DIRECT AREA CODE 212
News: 630-3500 Fashion: 630-3535 Display Advertising: 630-4600 Classified Advertising: 630-4649 Individual Subscriptions
and Single Copy Sales: 800-289-0273, Foreign Subscribers (outside the U.S.) 818-487-4526 Fax number 818-487-4550. Group
Subscriptions: 790-4437. Subscription orders can be faxed to 790-0868. Production: 630-4475
Editorial Reprints: SCOOP Reprint Source: 949-453-4660

FAIRCHILD OFFICES
LONDON WC2: Samantha Conti, 20 Shorts Gardens, WC2H 9AU, 44-(0)71-240-0120. LOS ANGELES 90048: 6300
Wilshire Blvd., 11th Floor, 323-965-7200. MILAN 20121: Piazza Cavour 2, 011-39-02-6598-4264. PARIS 75008: 9 Rue Royale,
331-4-434-1300. WASHINGTON 20036: 1050 15th St., N.W. Suite 600, 202-496-4975.

PRESIDENT & CEO
**GINA SANDERS**

LOG IN / REGISTER   PROMOS

**Halloween '13**



SUBSCRIBE >>
*For Just $1.25 An Issue*



**Fashion Designers' Favorite Costumes of All Time**



**11 Halloween Costumes Inspired by Fitness Stars**



**Couples' Costumes We Stole From TV and Movies**

Yes, Festi

| *Smitten*

THURSDAY, 10/28/2010 9:10 AM

# Hooking Up: You Must See This Racy Thong!

by Rosemary Brennan

Tweet  0     0     Comments  0

**A**re you a fan of Hanky Panky thongs? Though I'm mostly a brief girl, I do love Hanky Panky thongs; they're super comfortable and wonderfully feminine. When I spotted their new, even sexier line I had to share it with you dolls.



Ladies, I'm thrilled to introduce you to Hanky Panky's After Midnight gift set available on Shopbop. The red-hot set includes a Jimmyjane candle, an adorable bralette and a matching thong. Here's the kicker: the bralette features ribbons that untie to unveil your goodies. Plus, the lacy thong is open (AKA crotchless!). Can you just imagine the look on your honey's face once your peek-a-boo secrets are revealed? He will flip.

**What do you ladies think of crotchless undies? Have you ever worn a pair? Or would you prefer to just go commando? Would you wear this risqué red set? How would your guy react if he saw you in it?**

**Let me see that *thong*!**

* Which of these undies do you like best?

* Victoria Secret unveils their super racy Halloween line.

* Ooh la la, check out these sexy bras.

**More Ways to Get Glamour**

Visit Shopglamour.com for cute stuff starting at just $10!

Enter the latest Glamour sweepstakes!

Follow us on Twitter

Add us to your iGoogle homepage

**Photo: Shopbop**

ADVERTISEMENT



0    Comments    0

KEYWORDS: HANKY PANKY, HOOKING UP, INTIMATES, PANTIES, SEX, SEX ADVICE, THONGS, UNDERWEAR

**PREV STORY**                                              **NEXT STORY**
Blake Lively and Penn Badgely Broke Up!        Spice Up Foreplay With These Sexy
                                                                          Moves



# The New York Times

February 13, 2013

# An Arresting Trend in Intimate Wear

By RACHEL FELDER

It was probably inevitable that we see fifty shades of lingerie.

At La Petite Coquette in Greenwich Village, silk restraints and black leather spanking paddles are now on display near more-conventional black lace bras and coordinated panties.

En route to the dressing rooms at Sugar Cookies, a cozy women's underwear boutique in Chelsea that carries Chantelle thongs and Wolford stockings, shoppers pass a mannequin wearing a torso-long jet pearl beaded slim harness with a small link near the neckline, designed for the attachment of a leash.

Enchante in Chicago, in the same building as Gucci and Bloomingdale's, is selling French lace masks alongside delicate briefs from luxury lines like Lise Charmel and Aubade.

Coeur, a lingerie shop off Rittenhouse Square in Philadelphia's Center City district, now stocks not only high-end underwear from European brands like La Perla and PrimaDonna but (in a designated room) Ben Wa balls, handcuffs and whips.

All these new accouterments are not just for show. Sales of the Hanky Panky After Midnight collection — the popular lingerie brand's selection of saucier items, like crotchless open panties and lace cuffs that are, if you will, fit to be tied — have grown 30 percent over the last year, according to the company.

Lelo, a line of upscale sex accessories like suede whips and vibrators that is carried in many lingerie stores, said it saw an 80 percent increase in sales for blindfolds and 100 percent for cuffs and restraints in 2012 over the previous year. Both attribute the increased interest to the best-seller series "Fifty Shades of Grey," by E. L. James.

The snug atmosphere of a lingerie boutique — which usually employs women, is centrally located and filled with pretty items for the boudoir — might offer an approachable gateway into purchasing products that are decidedly not vanilla.

"It's just a matter of upping the luxury factor and packaging it in a way that really speaks to a different woman who might be intimidated by something more blatant or something with a harder edge, or who might not go into a store like The Leather Man on Christopher Street,"

said Tristan Taormino, who has written many books on sexuality and is the editor of "The Ultimate Guide to Kink."

Customers like Tracy Solomon, 33, a nonprofit project administrator who shops regularly at Oh Baby, a few blocks from her home in Portland, Ore. (where some of the key scenes in "Fifty Shades" take place), have grown accustomed to the new wares.

"I really like that one-on-one, boutique customer service that I get," said Ms. Solomon, who is planning to pick up Crave's Duet — a $155 vibrator that could easily be mistaken for a high-tech tuning fork — as a Valentine's Day present to herself.

Also now at the store: a $79 thong with around 20 feet of ribbon attached to use in a myriad ways, such as tying the wearer to a bedpost. This is in the same general category as Lelo's Italian silk restraints, for binding wrists or ankles, which seem more like bright scarves you would buy on a European vacation than X-rated toys.

"We purposely came to market with a high-quality look for our accessories, because we felt like we wanted to ally with high-end lingerie," said Donna Faro, Lelo's director of sales and marketing for North and South America. "One of our main goals was to make the consumer feel comfortable with purchasing items that can be intimidating."

The price might also intimidate. Lelo's three "pleasure sets" start at $119, and the upscale Fleur du Mal blindfold sells for is $75. But the luxurious contexts are perhaps helping to make formerly outré accessories more palatable.

"It's an emotional, psychological sell, so I think in a lingerie shop you want to create the atmosphere that hopefully you can recreate at home in your own bedroom," said Joanna Coles, the editor in chief of Cosmopolitan, whose Web site offers a slide show of sex tips inspired by Ms. James's series. "It's evocative in the way that when you go into Crate & Barrel, they always put the dining room table on a rug, with chairs."

# EXHIBIT E

# United States of America

## United States Patent and Trademark Office

## HANKY PANKY AFTER MIDNIGHT

**Reg. No. 4,195,014**

**Registered Aug. 21, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANKY PANKY, LTD. (NEW YORK CORPORATION)
373 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: G-STRINGS, THONGS, UNDERPANTS, BRALETTES, BRAS, CAMISOLES, CORSETS, BOYSHORTS, CHEMISES, SLIPS, GOWNS, ROBES, HOSIERY, AND SLEEPWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2010; IN COMMERCE 2-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,847,981, 3,196,011, AND 3,405,101.

SN 77-945,693, FILED 2-26-2010.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# EXHIBIT F



# EXHIBIT G

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,328,788

## United States Patent and Trademark Office

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

### INDULGE YOUR INNER FLIRT

HANKY PANKY, LTD. (NEW YORK CORPORA-
TION)
373 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: CLOTHING, NAMELY LINGERIE AND
UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-114,152, FILED 2-22-2007.

ESTHER BELENKER, EXAMINING ATTORNEY

# EXHIBIT H







# EXHIBIT I



VICTORIA'S SECRET

SEXY LITTLE THINGS
NEW! MESH APRON
BABYDOLL

> Write the First Review

Indulge your inner flirt with mesh and pretty lace in a whimsical apron shape. With a shiny satin ribbon tie for a glam touch.

- Push-up padding
- Lace trim cups
- Mesh apron with lace trim
- Adjustable straps
- Imported nylon/spandex

$68                                        VF-309-391

Color Black

Size  ∨    Qty ∨

+ Add None at a Time

ADD TO BAG

Q Click image to Zoom

YOU'LL ALSO LOVE



VICTORIA'S SECRET

Español    Get Email                                                                    Search    Q

BRAS   PANTIES   SLEEP   BEAUTY   SWIM   SPORT   CLOTHING   SHOES   SALE & SPECIALS   PINK   GIFTS   WHAT'S NEW   VS ALL ACCESS

**SLEEP**

**FEATURES**
Most Popular Pajamas
Holiday Lingerie
Gifts by Price ▸
New! Limited Edition
Very Sexy

Victoria's Secret Designer Collection

Luxe Satin

**SLEEP & LOUNGE**
All Sleep
Pajamas
Separates
Sleepshirts & Nighties
Lounge

**LINGERIE**
All Lingerie
Babydolls & Slips
Cami Sets
Corsets & Teddies

SEXY LITTLE THINGS
NEW! LACE BUSTIER-BACK
SLIP

★★★★  |  ▸ 5 Reviews    ▸ Write a Review

$48                                                          VF-305-523

Supersoft and in our lightest stretch lace ever, this
slip boasts a bustier-back full of ruffles. Indulge your
inner flirt with our collection of colorful, sheerly
feminine lingerie. From our Sexy Little Things
collection.

· Lightly lined underwire lace cups with removable pads
· Adjustable straps
· Satin bow on front and back
· Ruffle layers at back and ruffle trim on cups and hem
· Back closure
· Imported nylon

Color

Band Size
32   34   36

Cup Size
A   B   C   D

■ Size & Fit

Qty   ∨                              + Add More at a Time

🔍 Click Image to Zoom